UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA, )
      ) CASE NO. MJ 19-479
    Plaintiff, )
      )
    v. )
      ) DETENTION ORDER
THOMAS RAYMOND BRADLEY DAY, )
      )
    Defendant. )
      )

<u>Offense charged</u>:    Sexual Abuse of a Minor

<u>Date of Detention Hearing</u>:    October 11, 2019.

    The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

    Defendant has a warrant pending in Snohomish County based on three separate cases filed by the Tulalip Tribal Court involving the same alleged minor victim as in this matter.

DETENTION ORDER
PAGE -1

According to the AUSA, defendant has refused to cease contact with this individual and has repeatedly engaged in sexual contact with her despite the risk of further criminal charges or violations of court orders. The Snohomish County warrant carries a $50,000 cash bond, which neither defendant nor his family have the resources to pay.

2. Defendant poses a risk of nonappearance based on pending charges and failure to abide by court orders, as well as the likelihood that defendant would be held in state custody if released by this court. Defendant poses a risk of danger based on the nature and circumstances of the offense and pending charges.

3. There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial, and committed to the custody of the Attorney General for confinement in a correction facility;
2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;
3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and
4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Probation Services Officer.

DATED this 11th day of October, 2019.

_____
Mary Alice Theiler
United States Magistrate Judge

DETENTION ORDER
PAGE -3